RECEIVED
RDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 6/21/11
BY ___

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROBERT F. BRUCE | DOCKET NO. 11-CV-290; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| STEVEN CREWS, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by the plaintiff, having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plaintiff's complaint is **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. §1915(e)(2)(B).

THUS DONE AND SIGNED at Alexandria, Louisiana, this 21st day of June, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE